```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, INC., | : CIVIL ACTION NO. 09-5654 (MLC) |
| Plaintiff, | : |
| v. | :  **O R D E R** |
| VERIFONE HOLDINGS, INC., | : |
| Defendant. | : |

**PLAINTIFF**, Heartland Payment Systems, Inc., moving to preliminarily enjoin defendant, VeriFone Holdings, Inc., from issuing false or misleading advertisements or statements (dkt. entry no. 1); and the Court ordering the parties to show cause why such relief should not be granted (dkt. entry no. 11); and the plaintiff submitting a proposed form of order granting the preliminary injunction (dkt. entry no. 44); and the Court having heard argument on December 7, 2009; and the Court having provided its preliminary findings and conclusions in a memorandum opinion dated December 23, 2009; and for good cause appearing;

**IT IS THEREFORE** on this    23rd    day of December, 2009,

**ORDERED** that the Order to Show Cause (dkt. entry no. 11) is **DENIED.**

         s/ Mary L. Cooper
         **MARY L. COOPER**
         United States District Judge